# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **RASHEED YOUNG** | : | |
| **DCDC 270104** | : | |
| **CENTRAL DETENTION FACILITY** | : | |
| **1901 D STREET SE** | : | |
| **WASHINGTON, DC 20003** | : | |
| **Petitioner**[1] | : | **No. _____** |
| **v.** | : | |
| | : | |
| **Devon Brown, in his official capacity** | : | |
| **As Director, D.C. Department of** | : | |
| **Corrections,** | : | |
| **1923 Vermont Avenue, NW** | : | |
| **Washington, DC 20001,** | : | |
| | : | |
| **William J Smith, in his official capacity as** | : | |
| **Warden, CENTRAL DETENTION FACILITY** | : | |
| **1901 D STREET SE** | : | |
| **WASHINGTON, DC 20003** | : | |
| | : | |
| **And** | : | |
| | : | |
| **Edward F. Reilly, Jr, in his official capacity as** | : | |
| **Chairman, U.S. Parole Commission** | : | |
| **5550 Friendship Blvd.** | : | |
| **Chevy Chase, MD 20815** | : | |
| | : | |
| **Respondents** | : | |

## PETITION FOR A WRIT OF HABEAS CORPUS

Mr. Rasheed Young, by and through undersigned counsel, respectfully petitions this

Honorable Court to issue a Writ of Habeas Corpus directing the above-named respondents to

release him from his present illegal custody. In support of this Petition for Writ of Habeas

Corpus petitioner states as follows:

1.    Jurisdiction of this Court to issue the writ is pursuant to 28 U.S.C.S. § 2241. Plaintiff

---

[1] Petitioner is represented by undersigned counsel, Jenifer Wicks, Esquire, 503 D Street NW, Suite 250A

requests that this Court issue a writ pursuant to 28 U.S.C.S. § 2243. The principle purpose of the Writ of Habeas Corpus is "to protect every person from being detained, restrained, or confined by any branch or agency of the government". *Scaggs v. Larsen*, 396 U.S. 1206, 1208 (1969), and to "enable those unlawfully incarcerated to obtain their freedom". *Johnson v. Avery*, 393 U.S. 483, 484 (1969).

2.      Where parole authorities violate the law and thereby incarcerate parolees in violation of law, the "great writ" will issue. *Abraham v. United States*, 465 F.Supp. 610, 612 (D.N.H. 1979). The District Court has jurisdiction under this section to review a request for relief based on "illegal or improper action of the U.S. Parole Commission" as petitioner claims here. *Maret v. Martin*, 550 F.Supp. 1 (D.C. Okla. 1981). This Court has the jurisdiction to review the procedures, and complete lack thereof, for the Parole Commission abusing their discretion and acting outside of their statutory authority or for committing constitutional violations. *Bennett v. Ridley*, 633 A.2d 824 (D.C. 1993) (Court can review procedures for abuse of discretion); *White v. White*, 925 F.2d 292 (9th Cir. 1991) (Court can review USPC actions outside of statutory authority or in violation of constitutional rights).

3.      The United States District Court is the proper place for filing this Petition for Writ of Habeas Corpus. "The exclusive means of challenging the Parole Commission's actions is to bring [28 U.S.C.S] § 2241 action in this district of confinement". *United States v. Dirusso*, 548 F.2d 372 (1st Cir. 1976), or in the district where a custodian is present. *See* McC*oy v. United States Board of Parole*, 537 F.2d 962 (8th Cir. 1976). A prisoner's application for habeas corpus relief under 28 U.S.C.S. 2241 is properly brought in the district where the prisoner is incarcerated because § 2241 contemplates proceedings against persons who have immediate custody over the prisoner. *King v.*

Washington, DC 20001.

*Lynaugh*, 729 F.Supp. 57 (W.D. Tex. 1990). Therefore, venue should be in the custodian's district. Petitioner is being held by the District of Columbia Department of Corrections. Therefore this Court is the proper venue.

4.      In F-5918-01, after pleading guilty to Possession with Intent to Distribute Cocaine[2], Petitioner was sentenced to 1 year of incarceration followed by three years of supervised released, by a District of Columbia Superior Court judge. After serving the period of incarceration, Petitioner was subsequently released on supervised release on March 21, 2003. See Exhibit 1 at 2, 6, 9.

5.      On November 13, 2003, Petitioner was arrested for two murders, which occurred on June 14, 2003 and November 11, 1995. The June 13, 2003 murder was charged in superior court as F-7076-03; the November 1995 homicide was "no papered". Mr. Young was indicted and tried three times in F-7076-03. He was acquitted of all charges in F-7076-03 on October 24, 2003. Mr. Young was held in F-7076-03 from November 13, 2003 until October 24, 2003 without bond. See Exhibit 2.

6.      On or about February 6, 2004, a parole warrant was issued by the U.S. Parole Commission for technical and law violations of his supervised release. A warrant was lodged as a detainer at DC Jail. See Exhibit 1 at 2-4.

7.      On October 27, 2006, the U.S. Parole Commission warrant was executed. See Exhibit 1 at 5. A preliminary hearing was held on October 31, 2006, at which time counsel for Petitioner asked for his release, given his three years of custody. On November 14, 2006, the U.S. Parole Commission faxed an expedited offer for 8 months incarceration to be followed by 52 months of supervised release. Given the statutes stated herein, this would be an illegal imposition of

---

[2] Pursuant to D.C. Code § 48-904.01(a)(2)(A), for PWID cocaine, Mr. Young was subject to a maximum term of not more than 30 years and/or a fine of $500,000. In addition, once sentenced to one year in that case, under D.C. Code

revocation and therefore petitioner is filing this petition requesting immediate release.

8.    Pursuant to D.C. Code § 24-403.01(b)(7)(B), Mr. Young is subject to being imprisoned for not more than three years if his supervised release is revoked.

9.    Pursuant to D.C. Code § 24-221.03(b), "when a person has been in custody due to a charge that resulted from a dismissal or acquittal, the time that would have been credited against a sentence for the charge, had the charge not resulted in a dismissal or acquittal, the time that would have been credited against a sentence for the charge, shall be credited against any sentence that is based upon a charge for which a warrant or commitment detainer as placed during the pendency of the custody." Pursuant to this, Mr. Young will receive credit since November 13, 2003 towards his sentenced in F-7076-03.

10.    With three years of credit since November 13, 2003, as of November 12, 2003, he has been held beyond the maximum term of imprisonment that could be imposed upon revocation.

11.    Mr. Young has been held by the District of Columbia and the Parole Commission authorities without any regard to his due process rights and liberty interest since November 12, 2003. Once released on supervised release, Mr. Young has a "liberty interest" in remaining free which is protected by the 14th Amendment due process clause. *Morrisey v. Brewer*, 408 U.S. 471, 482 (1972). Even non-citizens have an implicit reasonableness limitation on their liberty interest, *Zadvydas v. Davis*, 121 S.Ct. 2491 (2001), so prisoners must as well. To be held beyond that time for which he can be violated, violates any reasonableness standard. Counsel submits that this Court must release petitioner from further illegal confinement.

---

§ 24-403.01(b)(3), Mr. Young was subject to a term of supervised release of not more than five years.

WHEREFORE, Petitioner respectfully requests that this petition be granted, that an Order to Show Cause issue commanding the Respondents to appear with Petitioner and answer the basis of continued confinement, and that this Court order that Petitioner be immediately released from incarceration.

Respectfully Submitted

/s/

_____

JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867

## Certificate of Service

I hereby certify that I sent a copy of this pleading by facsimile and first class, postage prepaid, to Respondents listed as well as Robert Okun, Special Proceedings, Office of the United States Attorney, 555 Fourth Street, NW, Washington, DC 20530.

/s/

_____

JENIFER WICKS

**I (a) PLAINTIFFS**

**DEFENDANTS**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

---

**II. BASIS OF JURISDICTION**

(PLACE AN x IN ONE BOX ONLY)

- 1 U.S. Government Plaintiff
- 2 U.S. Government Defendant
- 3 Federal Question (U.S. Government Not a Party)
- 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | 1 | 1 | Incorporated or Principal Place of Business in This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated and Principal Place of Business in Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

---

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**

**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

**A.** *Antitrust*

410 Antitrust

**B.** *Personal Injury/ Malpractice*

310 Airplane
315 Airplane Product Liability
320 Assault, Libel & Slander
330 Federal Employers Liability
340 Marine
345 Marine Product Liability
350 Motor Vehicle
355 Motor Vehicle Product Liability
360 Other Personal Injury
362 Medical Malpractice
365 Product Liability
368 Asbestos Product Liability

**C.** *Administrative Agency Review*

151 Medicare Act

Social Security:
861 HIA ((1395ff)
862 Black Lung (923)
863 DIWC/DIWW (405(g)
864 SSID Title XVI
865 RSI (405(g)
Other Statutes
891 Agricultural Acts
892 Economic Stabilization Act
893 Environmental Matters
894 Energy Allocation Act
890 Other Statutory Actions (If Administrative Agency is Involved)

**D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

---

**E.** *General Civil (Other)*    **OR**    **F.** *Pro Se General Civil*

Real Property
210 Land Condemnation
220 Foreclosure
230 Rent, Lease & Ejectment
240 Torts to Land
245 Tort Product Liability
290 All Other Real Property

Personal Property
370 Other Fraud
371 Truth in Lending
380 Other Personal Property Damage
385 Property Damage Product Liability

Bankruptcy
422 Appeal 28 USC 158
423 Withdrawal 28 USC 157

Prisoner Petitions
535 Death Penalty
540 Mandamus & Other
550 Civil Rights
555 Prison Condition

Property Rights
820 Copyrights
830 Patent
840 Trademark

Federal Tax Suits
870 Taxes (US plaintiff or defendant
871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
610 Agriculture
620 Other Food &Drug
625 Drug Related Seizure of Property 21 USC 881
630 Liquor Laws
640 RR & Truck
650 Airline Regs
660 Occupational Safety/Health
690 Other

Other Statutes
400 State Reapportionment
430 Banks & Banking
450 Commerce/ICC Rates/etc.
460 Deportation

470 Racketeer Influenced & Corrupt Organizations
480 Consumer Credit
490 Cable/Satellite TV
810 Selective Service
850 Securities/Commodities/ Exchange
875 Customer Challenge 12 USC 3410
900 Appeal of fee determination under equal access to Justice
950 Constitutionality of State Statutes
890 Other Statutory Actions (if not administrative agency review or Privacy Act

| **G**. *Habeas Corpus/ 2255* | **H.** *Employment Discrimination* | **I.** *FOIA/PRIVACY ACT* | **J.** *Student Loan* |
|---|---|---|---|
| 530 Habeas Corpus-General<br>510 Motion/Vacate Sentence | 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | 895 Freedom of Information Act<br>890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | 152 Recovery of Defaulted Student Loans (excluding veterans) |

| **K.** *Labor/ERISA (non-employment)* | **L.** *Other Civil Rights (non-employment)* | **M.** *Contract* | **N.** *Three-Judge Court* |
|---|---|---|---|
| 710 Fair Labor Standards Act<br>720 Labor/Mgmt. Relations<br>730 Labor/Mgmt. Reporting & Disclosure Act<br>740 Labor Railway Act<br>790 Other Labor Litigation<br>791 Empl. Ret. Inc. Security Act | 441 Voting (if not Voting Rights Act)<br>443 Housing/Accommodations<br>444 Welfare<br>440 Other Civil Rights<br>445 American w/Disabilities-Employment<br>446 Americans w/Disabilities-Other | 110 Insurance<br>120 Marine<br>130 Miller Act<br>140 Negotiable Instrument<br>150 Recovery of Overpayment & Enforcement of Judgment<br>153 Recovery of Overpayment of Veteran's Benefits<br>160 Stockholder's Suits<br>190 Other Contracts<br>195 Contract Product Liability<br>196 Franchise | 441 Civil Rights-Voting (if Voting Rights Act) |

## V. ORIGIN

| 1 Original Proceeding | 2 Removed from State Court | 3 Remanded from Appellate Court | 4 Reinstated or Reopened | 5 Transferred from another district (specify) | 6 Multi district Litigation | 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

| VII. REQUESTED IN COMPLAINT | CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $<br>JURY DEMAND: | Check YES only if demanded in complaint<br>YES          NO |
|---|---|---|---|
| VIII. RELATED CASE(S) IF ANY | (See instruction)          YES          NO | | If yes, please complete related case form. |

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.      CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II**.

IV.      CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.      CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.      RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

EXHIBIT 1

Materials Provided by US Parole Commission to Petitioner

**METROPOLITAN POLICE DEPARTMENT**
Washington, D.C.

**ARREST / PROSECUTION REPORT**

P.D. 163 Rev. 6/94      C.O. 401.5

| | |
|---|---|
| 1. PERSON NOTIFIED OF NAME CHANGE – UNIT – DATE/TIME – NCIC/WO. (ID Only) | 2. ID NUMBER, PD Only — 548-152   458152 |
| 3. DEFENDANT'S TRUE NAME – LAST, FIRST, MIDDLE (ID Only) — YOUNG, RASHEED EMMET | 4. CID NUMBER — NONE |

5. UNIT – ARREST NO.   **04-0304 4168**

| | | |
|---|---|---|
| 6. DEFENDANT'S NAME – LAST, FIRST, MIDDLE (At time of arrest) | 7. DEA LAB NUMBER — NONE | |
| 8. ARRESTING OFFICER'S NAME — Pamela Montague | 9. TYPE OF RELEASE ☐ CITATION ☐ BOND ☐ COLLATERAL | 10. NICKNAME / ALIAS | 11. PHONE NUMBER |

| RANK | BADGE | AGENCY | 12. COURT DATE | 13. ADDRESS (Include Room / Apt. No. City & State if Outside D.C.) | 14. TIME IN D.C. |
|---|---|---|---|---|---|
| Detective | D2-349 | MPDC | 11/14/03 | | LIFE |

| 15. | 16. SEX | 17. RACE | 18. COMPLEX | 19. BIRTHDATE | 19. SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| ☐ CHILD ABUSE ☐ GANG SPECIAL INTELLIGENCE ☐ HATE ☐ SENIOR CITIZEN ☐ DOMESTIC VIOLENCE | ☐ MALE | ☐ BLACK | | | |

| 20. NEED INTERPRETER ☐ YES ☒ NO | 21. HGT 5'10 | 22. WGT 156 | 23. HAIR BROWN | 24. EYES BROWN | 25. COMPLEX MEDIUM | 26. PERMIT NO. / STATE | 27. BIRTHPLACE (City & State) — DC |

| 28. ☐ CO-DEFENDANTS: Number 0 (If more than 3, list on back) | 29. IMPERSONATOR? ☐ MALE ☐ FEMALE | 30. ETHNICITY | 31. CAUTION — Carries Guns |
|---|---|---|---|
| NAME, ADDRESS, ZIP CODE AND PHONE NUMBER | 32. SCARS / MARK / TATTOOS — SC FACE | | |
| 1. | 33. HAT | 34. JACKET | 35. PANTS — BLUE |
| 2. | 36. COAT | 37. SHIRT — GRAY | 38. SKIRT / DRESS |
| 3. | | | |

**39. WALES / NCIC CHECK**

| CHECK MADE BY (Name) — Pam Montague | NCIC NUMBER | WARRANT ON FILE (If Yes, enter Warrant Number(s)) — USW1423-03 ☒ YES ☐ NO |
|---|---|---|

| 40. LOCATION OF OFFENSE (Exact Address, Include Room / Apt. No.) — 2628 4TH STREET NE | DATE OF OFFENSE — 6/14/03 | TIME OF OFFENSE — 0640 |
|---|---|---|
| 41. LOCATION OF ARREST (Exact Address, Include Room / Apt. No.) | DATE OF ARREST — 11/13/03 | TIME OF ARREST — 2230 |

| 42. ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY — PAMELA MONTAGUE, D2-349 | ASSISTING OFFICER'S NAME, RANK, BADGE NO. & UNIT OR AGENCY — TRUESDALE, EDWARD, D1-56 |
|---|---|

**43. DEFENDANT ADVISED OF RIGHTS**

| DATE 11/13/03 | TIME 1140 pm | LOCATION VCB | OFFICER'S NAME - ADVISING / COMPLETING PD FORM 47/4a — Edward Truesdale | BADGE NO. D1-56 | UNIT VCB |
|---|---|---|---|---|---|

**44. COMPLAINANTS / WITNESSES** (If sworn member – Name, Rank, Badge No. and Unit)    ☐ NONE ☐ See Back

| NAME – LAST, FIRST (X) | ADDRESS – STREET, CITY, STATE, ZIP CODE | BIRTHDATE | HOME PHONE NO. | WORK PHONE NO. |
|---|---|---|---|---|
| W-1 ☐ BOLDEN, DAVON | | 2/25/82 | N/A | N/A |
| W-2 ☐ | | | | |

| 45. SPEC. OPS — Turn Up | 46. TACTICS — Turn Up | 47. PREMISES — Apartment | 48. ☐ SCHOOL ZONE ☐ PUBLIC HOUSING |
|---|---|---|---|

**49.**

| CHARGES | NCIC / WARRANT NUMBER | CCN | MPD DISPOS. | COLLATERAL / BOND RECEIPT NO. |
|---|---|---|---|---|
| 1. MURDER 2-WHILE ARMED | USW1423-03 | 03-458-152 | L/U | |
| 2. MURDER 1-WHILE ARMED | XXXXXXXXX | 95-677-153 | L/U | |
| 3. Fugitive From Justice Sheriffs Office Upper Malboro | CR/E00229741 | XXXXXXXX | L/U | |
| 4. Fugitive From Justice Arlington | W764720374 | XXXXXXX | L/U | |
| 5. | | | | |

| 50. PROPERTY RECOVERED / ITEMS OF EVIDENCE | 51. INITIALS – DATE – UNIT OF PERSON TAKING PRINT | 53. RIGHT THUMB PRINT |
|---|---|---|
| PROPERTY BOOK   PAGE NO.   CSES NUMBER | 52. M.O. WEAPONS, HANGOUTS, HABITS, INSTRUMENTS — Carries guns, sells drugs, abuses women, shoots people, flees police. | |

| 54. OCB USE ONLY — 83 | HEIGHT | WEIGHT | HAIR | EYES | COMPLEXION | SCARS / MARKS / TATTOOS | F 7076 '03 |
|---|---|---|---|---|---|---|---|

DISTRIBUTION: Page 1 to ID&R; Page 2, & 3, to Prosecutor; Page 4, (yellow), Unit Copy; Page 5. Officer's Copy.

(TO PRINT IN REVERSE) - PLACE THIS PAGE (TOP IN . AND FACED UP) THEN PRINT PAGE 2 ONLY .      PAGE 1

U.S. DEPARTMENT OF JUSTICE
UNITED STATES PAROLE COMMISSION

WARRANT APPLICATION
D.C. Code Offender

Name .............................. YOUNG, Rasheed

Reg. No .......................... 31252-007
DCDC No. ..................... 270-104
FBI No .......................... 945 212 CB8
Birth Date...................... 03-14-1978
Race................................ Black

Date.......................................February 6, 2004
Termination of Supervision......March 21, 2006
[If Conviction Offense Before April 11, 1987 And
Offender Is On Mandatory Release, Termination
Date Is 180 Days Prior To Full Term]
Violation Date ..........................May 27, 2003
Released ................................. March 21, 2003

Sentence Length............1 year, 3 years supervised release
Original Offense ........... Possession With Intent to Distribute Cocaine

If you have been arrested on a violator warrant in the District of Columbia and you have not been convicted of a new offense, you shall be given a probable cause hearing within five days of your arrest and violator warrant. Probable cause hearings are normally scheduled on Tuesdays and Fridays at the Central Detention Facility. The purpose of the probable cause hearing is to determine if there is probable cause to believe that you have violated the conditions of your release, and if so, whether to release you or hold you for a revocation hearing. If no probable cause is found, you will be released and either reinstated to supervision, or discharged from further supervision if your sentence has expired.

At your probable cause hearing and any subsequent revocation hearing you will be apprised of the information supporting the violation charges. You may present documentary evidence and voluntary witnesses on your behalf. If you deny the charge(s) against you, you may request the presence of those persons who have given information upon which the charges are based. Such adverse witnesses will be made available for questioning unless good cause is found for their non-appearance.

You may be represented by an attorney or, if you are unable to pay for such representation, an attorney will be appointed for you if you fill out and promptly return a request for representation to the hearing examiner.

If, after a revocation hearing, you are found to have violated the conditions of your release the Commission may: (1) restore you to supervision, and, if appropriate, (a) reprimand you; (b) modify your conditions of supervision; or (c) refer you to a residential community treatment center for the remainder of your sentence; or (2) revoke your parole, mandatory release, or supervised release in which case the Commission will also decide when to consider you for further release.

If the Commission revokes your parole, mandatory release, or supervised release you will not receive credit toward service of your sentence for time spent on parole/mandatory release/supervised release.

**CHARGES:**
**Charge No. 1- Use of Dangerous and Habit Forming Drugs.** On the following dates, the subject submitted urine specimens which tested positive for the drugs specified:
Amphetamines on 5-27-03
Cannabinoid 100 on 5-27, 6-19-03
Cocaine Metabolite on 6-19-03
This charge is based on the information contained in the violation report dated 2-5-04 from Community Supervision Officer LaSonia Rivers and the corresponding laboratory report.
I ADMIT [  ] or DENY [  ] this charge.

YOUNG, Rasheed
Reg. No. 31252-007    DCDC No. 270-104



**Charge No. 2 – Failure to Submit to Drug Testing.** On the following dates, the subject failed to submit a urine specimen as instructed and as required by the conditions his release: 5-28, 5-30, 6-25, 6-27, 7-21, 7-23-03, . This charge is based on the information contained in the violation report dated 2-5-04 from Community Supervision Officer LaSonia Rivers.
I ADMIT [   ] or DENY [    ] this charge.

**Charge No. 3 – Law Violation – Murder While Armed.** On 6-14-03, the subject shot the victim, Davon Bolden, causing his death. The subject was arrested by DC Police for the above-cited offense on 11-13-03. This information is contained in the police report dated 11-13-03. This charge is based on the information contained in the violation report dated 2-5-04 from Community Supervision Officer LaSonia Rivers. Status of Custody/Criminal Proceedings: The subject is currently confined without bond.
I ADMIT [   ] or DENY [    ] this charge.

**Charge No. 4 – Law Violation – Murder While Armed.** On 11-11-03, the subject shot the victim, Mecca James, causing his death. The subject was arrested by DC Police for the above-cited offense on 11-11-03. This information is contained in the police report dated 11-13-03. This charge is based on the information contained in the violation report dated 2-5-04 from Community Supervision Officer LaSonia Rivers. Status of Custody/Criminal Proceedings: The charge was no papered.
I ADMIT [   ] or DENY [    ] this charge.

11/11/95
PD163

**Charge No. 5 – Failure to Report to Community Supervision Officer as Directed.** On the following date, 8-7-03, the subject failed to report to his Community Supervision Officer as directed. This charge is based on the information contained in the violation report dated 2-5-04 from Community Supervision Officer LaSonia Rivers.
I ADMIT [   ] or DENY [    ] this charge.

**Probable Cause Hearing Is Required**

**Warrant Recommended By:**

Warrant Issued.................. **February 6, 2004**

**Marc E. Bransky, Case Analyst**
**U.S. Parole Commission**

Community Supervision Office Requesting Warrant: **General Supervision Unit XII, 25 K Street, N.E.**

**YOUNG, Rasheed**
**Reg. No. 31252-007    DCDC No. 270-104**



# WARRANT
## D.C. Code Offender

**U.S. Department of Justice**
**United States Parole Commission**

**To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:**

WHEREAS, YOUNG, Rasheed, Reg. No. 31252-007, DCDC No. 270-104, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 1 year, 3 years supervised release for the crime of Possession With Intent to Distribute Cocaine and was on March 21, 2003 released 3 years supervised release from D.C. CCM;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on February 6, 2004

_____
U.S. Parole Commissioner

**YOUNG, Rasheed**
Reg. No. 31252-007    DCDC No. 270-104

**WARRANT For Return Of Prisoner Released To Supervision**

Name:   **YOUNG, Rasheed**                     Institution:   D.C. CCM
Reg. No. 31252-007                              DCDC No.   **270-104**

## UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE:   Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission.   (See instructions on accompanying memorandum.)

_____ District of _____ ss:

Received this writ the ___6th___ day of __February__, 20_04_, and executed same by arresting the within-named _____Rasheed Young_____
this ___27th___ day of __October__, 20_06_,
at ___2 pm___ and committing him to ___X Jail___

G. Walsh
_____
*U.S. Marshal*

Michelle Calvalar
_____
*Deputy Marshal*

Further executed same by committing him to _____
at _____ on _____, 20_____, the institution
designated by the Attorney General, with the copy of the warrant and warrant application.

_____
*U.S. Marshal*

_____
*Deputy Marshal*

NOTE:   The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

## ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated ___6 Feb 04___

X Rashee Young                               27 Oct 06
_____           _____
*Prisoner's Signature*                              *Date*

_____

YOUNG, Rasheed
Reg. No. 31252-007   DCDC No. 2



**U.S. Department of Justice**
**United States Parole Commission**

## CERTIFICATE OF SUPERVISED RELEASE
### District of Columbia Offender

Know All Men By These Presents:

**Young, Rasheed,** Register No. **31252-007,** (DCDC No. **270-104),** is to be released to supervised release on **March 21, 2003,** and is to remain on supervised release until midnight **March 21, 2006.** The prisoner is to reside within the District of Columbia and to remain within the district of supervision, defined as the **Washington, D.C. Metropolitan Area** (including the District of Columbia; Prince Georges and Montgomery Counties of Maryland; Arlington and Fairfax Counties of Virginia, including the cities of Alexandria, Fairfax, and Falls Church, Virginia) except as otherwise provided.

Given under the hands and the seal of the United States Parole Commission on February 26, 2003.

UNITED STATES PAROLE COMMISSION

By: Patricia D. Vines, Case Analyst

**Acknowledgement of Release Conditions:**
I have read, or had read to me, the conditions of release printed on the attached Conditions of Release form and received a copy thereof. I fully understand them and know that if I violate any, I may be recommitted.

**Consent to the Disclosure of Drug/Alcohol Treatment Information:**
By signing this Supervised Release Certificate, I consent to the unrestricted communication between any treatment facility administering a drug or alcoholic treatment program in which I am, or will be participating, and the Court Services and Offender Supervision Agency, or any other agency supervising me on behalf of the U.S. Parole Commission. I further consent to the disclosure by such facility to the supervising agency of any information requested, and the redisclosure of such information to any agencies that require it for the performance of their official duties. This consent shall be irrevocable until the termination of parole supervision.

_____        _____
                        Name                                         Reg. No.

Witnessed: _____
                        Name and Title                               Date

The above-named person was released on the _____ day of _____, 20_____

_____
Official Certifying Release



This CERTIFICATE will become effective on the day of release indicated above. If the releasee fails to comply with any of the conditions listed on the attached page, the releasee may be summoned to a hearing or retaken on a warrant and reimprisoned pending a hearing to determine if the release should be revoked.

## CONDITIONS OF RELEASE

1. You shall report in person to your Supervision Officer within 72 hours of release from custody and shall report to such officer the place where you will reside.
2. You shall provide your Supervision Officer a truthful and complete written report (on a form provided for that purpose) between the first and third day of each month. You shall also report to your Supervision Officer as the officer directs and you shall provide complete and truthful information.
3. You shall not leave the district of supervision without the permission of your Supervision Officer.
4. You shall work regularly unless excused by your Supervision Officer, and shall support any legal dependents to the best of your ability. You shall also participate in employment readiness programs if directed by your Supervision Officer.
5. You shall notify your Supervision Officer within two days of any change in residence or employment.
6. You shall make a diligent effort to satisfy any fine, restitution order, court costs or assessment and shall provide your Supervision Officer such financial information that is requested by your Supervision Officer regarding payment of the obligation. If unable to pay the obligation in one sum, you shall cooperate with your Supervision Officer in establishing an installment payment schedule.
7. You shall make a diligent effort to comply with the terms of any court order or an administrative process requiring you to pay for the support and maintenance of a child and the parent with whom the child is living, or a former spouse.
8. You shall permit your Supervision Officer to visit you at any time at home, or your place of business or occupation, and shall permit the Supervision Officer to confiscate any material which the officer sees in plain view and believes may constitute contraband in your residence, place of business or occupation, vehicle, or on your person.
10. As directed by your Supervision Officer, you shall notify persons of risks that may be occasioned by your criminal record or personal history or characteristics, and shall permit your Supervision Officer to make such notifications and to confirm your compliance with such notification requirement.
11. You shall not associate with persons who have a criminal record without permission of your Supervision Officer.
12. You shall not violate any law nor shall you associate with persons engaged in criminal activity.
13. You shall notify your Supervision Officer within two days of being arrested or questioned by a law enforcement officer.
14. You shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.
15. You shall submit to at least three drug tests for use of a controlled substance: once within fifteen days of release and two additional tests as required by your Supervision Officer. You shall submit to a drug or alcohol test at any time, whenever ordered to do so by your Supervision Officer.
16. You shall not unlawfully possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication), and you shall refrain from excessive use of alcohol.
17. You shall not possess a firearm, ammunition, or other dangerous weapon.
18. You shall not enter into any agreement to act as an informant or special agent for any law enforcement agency without prior authorization from the U.S. Parole Commission.
19. You will provide a DNA sample if collection of such sample is authorized pursuant to Section 3 of the DNA Analysis Backlog Elimination Act of 2000.
20. You shall submit to the sanctions imposed by your Supervision Officer (within the limits established by the approved Schedule of Accountability Through Graduated Sanctions), if the Supervision Officer finds that you have tested positive for illegal drugs or that you have committed any non-criminal violation of the release conditions. Graduated sanctions may include community service, curfew with electronic monitoring, and/or a period of time in a community treatment center. Your failure to cooperate with a graduated sanction imposed by your Supervision Officer will subject you to the issuance of a summons or warrant by the Commission, and a revocation hearing at which you will be afforded the opportunity to contest the violation charge(s) upon which the sanction was based. If the Commission finds that you have violated parole as alleged, you will also be found to have violated this condition. In addition, the Commission may override the imposition of a graduated sanction at any time and issue a warrant or summons if it finds that you are a risk to the public safety or that you are not complying with this condition in good faith.

**You shall also abide by the below listed special condition(s) as indicated:**

In addition, you shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and/or all other intoxicants during and after the course of treatment.

**The Parole Commission may add to, modify, or delete any condition of release at any time.**

Information concerning a releasee under the supervision of the Parole Supervision Services Division may be disclosed to a person or persons who may be exposed to harm through contact with that particular releasee if such disclosure is deemed to be reasonably necessary to give notice that such danger exists. Information concerning a releasee may be released to a law enforcement agency as required for the protection of the public or the enforcement of the conditions of the release.

I have read, or had read to me, the conditions of release printed on this statement and received a copy thereof. I fully understand the conditions and know that if I violate any condition, I may have my supervised release revoked and be required to serve the maximum authorized term of imprisonment as set forth in D.C. Code 24 -203.1(b). I fully understand that the Commission or a member thereof may at any time modify the conditions of supervised release, which may include additional conditions.

---

        Name                          Reg. No.

Witnessed: _____

        Name and Title                   Date

8

```
MCYS0509            SUPERIOR COURT OF THE DISTRICT OF COLUMBIA        02/05/04
PILAR2                   CRIMINAL INFORMATION SYSTEM                  PAGE:    1
                             SUMMARY BY PDID

DEFENDANT NAME: YOUNG, RASHEED
   PDID: 0458152
                                      OFFENSE   CONT/DISP
    CASE NO           CHARGE           DATE       DATE    BW C/D    CONT/DISP
 S0291003   A   FUGITIVE FROM JUSTIC  11 14 03  11 14 03      D   NO PAPERED
 F0707503   A   1ST DEG MURDER W/ARM  11 11 95  11 14 03      D   NO PAPERED
 F0707603   A   2ND DEG MURDER W/ARM  06 14 03  02 06 04      C   FELONY STATUS C
 S0290903   A   FUGITIVE FROM JUSTIC  11 13 03  11 18 03      D   NOLLE PROSEQUI
 F0591801   A   UCSA PWID MARIJ(FEL   09 17 01  09 17 01      D   NO PAPERED
 F0591801   B   UCSA P W/I D COCAINE  09 17 01  09 26 01      D   INDICTED
 F0591801   C   UCSA P W/I D COCAINE  09 17 01  07 11 02      D   CONFINEMENT ONL
 F0591801   D   UCSA POSS MARIJUANA-  09 17 01  07 11 02      D   DISMISSED
 M0181300   A   SIMPLE ASSAULT-MISDE  02 19 00  02 19 00      D   NO PAPERED
 F0095797   A   DEST PROP OVER 200    02 01 97  02 01 97      D   NO PAPERED
 F0507296   A   ASLT W/I KILL WHILE   06 06 96  06 13 96      D   NO PAPERED
 F0507296   B   UNLAWFUL ENTRY        06 06 96  06 13 96      D   NO PAPERED

NEXT:             CASE:                      KEY:
PLACE CURSOR UNDER CASE NO AND PRESS PF2 TO SEE DETAILS
PF2 ==> COUNT DETAILS   PF10 ==> CASE BROWSE
```

9

EXHIBIT 2

Docket of US v Rasheed Young F-7076-03


2003 FEL 007076        United States  Vs.  YOUNG, RASHEED

```
Search Criteria
 Docket Entry                          [icon]    Begin Date                SortDescending
 Images        All Dockets                       End Date
 Participant                           [icon]
 Display Option
```

Search Results

| Docket Date | Reference | Description | Amt | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|---|
| 10/24/2006 | | Case Disposed - Jury Trial Not Guilty | | | |
| 10/24/2006 | | Charge Disposed - Jury Trial  Not Guilty Charge #4: Carry Pistol W/O Lic -Outside Home/Business | | | |
| 10/24/2006 | | Charge Disposed - Jury Trial  Not Guilty Charge #3: Poss Firearm During Crime of Violence | | | |
| 10/24/2006 | | Charge Disposed - Jury Trial  Not Guilty Charge #2: Murder I | | | |
| 10/24/2006 | | Form Generated: | | | |
| | | Release Order - Jail Sent on:  10/24/2006  16:42:20 | | | |
| 10/24/2006 | | Form Filed:JURY NOTE RASHEED YOUNG, RASHEE YOUNG (Defendant (Criminal)); ; Ms NIKKI U LOTZE (Attorney) on behalf of RASHEED YOUNG (Defendant (Criminal)); Judge LEE F SATTERFIELD | | | |
| 10/24/2006 | | Form Filed: VERDICT FORM | | | |
| 10/24/2006 | | Event Resulted - Release Status: RELEASE The following event: Trial Resumed scheduled for 10/24/2006 at 9:30 am has been resulted as follows: | | | |
| | | Result: Held.JURY REACHED VERDICT AND JUDGEMENT; NOT GUILTY ALL COUNTS Judge: SATTERFIELD, LEE F    Location: Courtroom 213 RASHEED YOUNG, RASHEE YOUNG (Defendant (Criminal)); ; Ms NIKKI U LOTZE (Attorney) on behalf of RASHEED YOUNG (Defendant (Criminal)); Judge LEE F SATTERFIELD | | | |
| 10/23/2006 | | Prisoner Transfer Request | | | |
| | | Prisoner Transfer Request Sent on:  10/23/2006  16:54:30 | | | |
| 10/23/2006 | | Form Generated: | | | |
| | | Prisoner Return Sent on:  10/23/2006  16:53:22 | | | |
| 10/23/2006 | | Event Scheduled | | | |
| | | The following event: Trial Resumed scheduled for 10/23/2006 at 9:30 am has been rescheduled as follows: | | | |

Date: 10/24/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REV. BY PMJ ON 10-23-06

Result: Held
10/23/2006        Event Resulted - Release Status: NO BOND
                  The following event: Trial Resumed
                  scheduled for 10/23/2006 at 9:30 am has
                  been resulted as follows:

                  Result: Trial In Progress
                  Judge: SATTERFIELD, LEE F.    Location:
                  Courtroom 213
                  RASHEED YOUNG, RASHEE YOUNG (Defendant
                  (Criminal)); ; Ms NIKKI U LOTZE (Attorney)
                  on behalf of RASHEED YOUNG (Defendant
                  (Criminal)); Judge LEE F. SATTERFIELD


10/20/2006        Event Resulted - Release Status: NO BOND
                  The following event: Trial Resumed
                  scheduled for 10/20/2006 at 9:30 am has
                  been resulted as follows:

                  Result: Trial In Progress . GOVT CASE
                  COMPLETED.GOVT. REST DEFENSE MJOA HEARD AND
                  DENIED
                  Judge: SATTERFIELD, LEE F.    Location:
                  Courtroom 213
                  RASHEED YOUNG, RASHEE YOUNG (Defendant
                  (Criminal)); ; Ms NIKKI U LOTZE (Attorney)
                  on behalf of RASHEED YOUNG (Defendant
                  (Criminal)); Judge LEE F. SATTERFIELD


10/20/2006        Prisoner Transfer Request

                  Prisoner Transfer Request
                  Sent on:  10/20/2006  14:14:27
10/20/2006        Form Generated:

                  Prisoner Return
                  Sent on:  10/20/2006  14:12:51
10/20/2006        Event Scheduled
                  Event: Trial Resumed
                  Date: 10/23/2006    Time: 9:30 am
                  Judge: SATTERFIELD, LEE F.    Location:
                  Courtroom 213
                  REV. BY PMJ ON 10-20-06

                  Result: Trial In Progress
10/19/2006        Event Resulted - Release Status:NO BOND
                  The following event: Trial Resumed
                  scheduled for 10/19/2006 at 9:30 am has
                  been resulted as follows:

                  Result: Trial In Progress
                  Judge: SATTERFIELD, LEE F.    Location:
                  Courtroom 213
                  RASHEED YOUNG, RASHEE YOUNG (Defendant
                  (Criminal)); ; Ms NIKKI U LOTZE (Attorney)
                  on behalf of RASHEED YOUNG (Defendant
                  (Criminal)); Judge LEE F. SATTERFIELD


10/19/2006        Prisoner Transfer Request

                  Prisoner Transfer Request
                  Sent on:  10/19/2006  13:56:47
10/19/2006        Prisoner Transfer Request

| | |
|---|---|
| | Sent on:  10/19/2006  13:54:37 |
| 10/19/2006 | Form Generated: |
| | |
| | Prisoner Return-Witness   Leander West |
| | Sent on:  10/19/2006  13:47:59 |
| 10/19/2006 | Form Generated: |
| | |
| | Prisoner Return |
| | Sent on:  10/19/2006  13:46:45 |
| 10/19/2006 | Event Scheduled |
| | Event: Trial Resumed |
| | Date: 10/20/2006    Time: 9:30 am |
| | Judge: SATTERFIELD, LEE F.    Location: |
| | Courtroom 213 |
| | REV. BY PMJ ON 10-19-06 |
| | |
| | Result: Trial In Progress |
| 10/18/2006 | Form Filed:  PRISONER RETURN     (WITNESS |
| | CALVIN HARRIS) |
| | |
| 10/18/2006 | Form Filed:  PRISONER RETURN    (WITNESS |
| | LEANDER WEST) |
| | |
| 10/18/2006 | Event Resulted - Release Status: NO BOND |
| | The following event: Trial Resumed |
| | scheduled for 10/18/2006 at 9:30 am has |
| | been resulted as follows: |
| | |
| | Result: Trial In Progress |
| | Judge: SATTERFIELD, LEE F.    Location: |
| | Courtroom 213 |
| | RASHEED YOUNG, RASHEE YOUNG (Defendant |
| | (Criminal)); ; Ms NIKKI U LOTZE (Attorney) |
| | on behalf of RASHEED YOUNG (Defendant |
| | (Criminal)); Judge LEE F. SATTERFIELD |
| | |
| | |
| 10/18/2006 | Form Generated: |
| | |
| | Prisoner Return |
| | Sent on:  10/18/2006  11:30:28 |
| 10/18/2006 | Prisoner Transfer Request |
| | |
| | Prisoner Transfer Request |
| | Sent on:  10/18/2006  10:15:22 |
| 10/18/2006 | Form Generated: |
| | |
| | Prisoner Return |
| | Sent on:  10/18/2006  09:46:28 |
| 10/18/2006 | Event Scheduled |
| | Event: Trial Resumed |
| | Date: 10/19/2006    Time: 9:30 am |
| | Judge: SATTERFIELD, LEE F.    Location: |
| | Courtroom 213 |
| | REV. BY PMJ ON 10-18-2006 |
| | |
| | Result: Trial In Progress |
| 10/17/2006 | Prisoner Transfer Request |
| | |
| | Prisoner Transfer Request |
| | Sent on:  10/17/2006  15:47:08 |
| 10/17/2006 | Form Generated: |
| | |
| | Prisoner Return |
| | Sent on:  10/17/2006  15:45:09 |
| 10/17/2006 | Event Scheduled |
| | |
| | The following event: Jury Trial scheduled |
| | for 10/17/2006 at 9:30 am has been |
| | rescheduled as follows: |
| | |
| | Event: Trial Resumed |
| | Date: 10/18/2006    Time: 9:30 am |

Judge: SATTERFIELD, LEE F.    Location:
REV. BY PMJ ON 10-17-06

Result: Trial In Progress
10/17/2006        Event Resulted - Release Status: NO BOND
The following event: Jury Trial scheduled
for 10/17/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress. JURY SELECTED
BUT NOT SWORN.TRIAL CONTINUED TO 10/18/06
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms NIKKI U LOTZE (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD


10/16/2006        Form Filed: DEFENDANT'S MOTION IN LIMINE TO
ADMIT GOVERNMENT'S PRIOR STATEMENTS AS THE
ADMIISSIONS OF A PARTY OPPONENT
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms NIKKI U LOTZE (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD


10/16/2006        Form Filed: DEFENSE PROPOSED VOIR DIRE
QUESTIONS
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms NIKKI U LOTZE (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD


10/16/2006        Event Scheduled

The following event: Jury Trial scheduled
for 10/16/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 10/17/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REV. BY PMJ ON 10-16-06

Result: Trial In Progress
10/16/2006        Prisoner Transfer Request

Prisoner Transfer Request
Sent on:  10/16/2006  10:43:02
10/16/2006        Form Generated:

Prisoner Return
Sent on:  10/16/2006  10:42:20
10/16/2006        Event Resulted - Release Status: NO BOND
The following event: Jury Trial scheduled
for 10/16/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms NIKKI U LOTZE (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD

8/15/2006    Event Resulted - Release Status: NO BOND;
The following event: Status Hearing
scheduled for 08/15/2006 at 9:30 am has
been resulted as follows:

Result: Held
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213

8/15/2006    Event Scheduled
Event: Jury Trial
Date: 10/16/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REVIEWED BY PMJ ON 08-15-2006

Result: Trial In Progress
8/15/2006    Form Generated:

Prisoner Return-SCANNED
Sent on: 08/15/2006  09:48:29
6/20/2006    Attorney Appointed-CJA/ SCANNED
Attorney LOTZE, Ms NIKKI U representing
Defendant (Criminal) YOUNG, RASHEED as of
06/20/2006
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms NIKKI U LOTZE (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD

6/20/2006    Event Scheduled
Event: Status Hearing
Date: 08/15/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REVIEWED BY PMJ ON 06-20-2006

Result: Held
6/20/2006    Form Generated:

Prisoner Return-SCANNED
Sent on: 06/20/2006  10:18:48
6/20/2006    Event Resulted - Release Status: NO BOND
The following event: Status Hearing
scheduled for 06/20/2006 at 9:30 am has
been resulted as follows:

Result: Held
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Judge LEE F. SATTERFIELD

6/15/2006    Government's Unopposed Motion To Continue
Trial Date  Filed:
Attorney: CARROLL, Ms ANN M (435019)
5/17/2006    Event Scheduled
Event: Status Hearing
Date: 06/20/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REVIEWED BY PMJ ON 05-17-2006

Result: Held
5/17/2006    Form Generated:

Prisoner Return-SCANNED
Sent on: 05/17/2006  09:52:43
5/17/2006    Event Resulted
The following event: Status Hearing
scheduled for 05/17/2006 at 9:30 am has
been resulted as follows:

Result: Held
Courtroom 213
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms JENIFER WICKS (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD

| | |
|---|---|
| 5/9/2006 | Event Scheduled<br>Event: Status Hearing<br>Date: 05/17/2006   Time: 9:30 am<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213 |
| 5/9/2006 | Result: Held<br>Form Generated: |
| 5/9/2006 | Prisoner Return<br>Sent on:  05/09/2006  10:28:57<br>Event Resulted<br>The following event: Status Hearing<br>scheduled for 05/09/2006 at 9:30 am has<br>been resulted as follows:<br><br>Result: Not Held<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213<br>RASHEED YOUNG (Defendant (Criminal)); ;<br>Judge LEE F. SATTERFIELD |
| 5/5/2006 | Event Scheduled<br>Event: Status Hearing<br>Date: 05/09/2006   Time: 9:30 am<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213<br>REVIEWED BY  PMJ  ON  05-05-2006 |
| 5/5/2006 | Result: Not Held<br>Form Generated: |
| 5/5/2006 | Prisoner Return-SCANNED<br>Sent on:  05/05/2006  16:48:50<br>Hung Jury<br>The following event: Jury Trial scheduled<br>for 05/05/2006 at 9:30 am has been resulted<br>as follows:<br><br>Result: Hung Jury<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213<br>RASHEED YOUNG, RASHEE YOUNG (Defendant<br>(Criminal)); ; Ms JENIFER WICKS (Attorney)<br>on behalf of RASHEED YOUNG (Defendant<br>(Criminal)); Judge LEE F. SATTERFIELD |
| 5/4/2006 | Event Scheduled<br><br>The following event: Jury Trial scheduled<br>for 05/04/2006 at 9:30 am has been<br>rescheduled as follows:<br><br>Event: Jury Trial<br>Date: 05/05/2006   Time: 9:30 am<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213<br>REVIEWED BY PMJ  ON  05-04-2006 |
| 5/4/2006 | Result: Hung Jury<br>Form Generated:<br><br>Prisoner Return-SCANNED<br>Sent on:  05/04/2006  16:22:49 |

5/4/2006        Event Resulted
                The following event: Jury Trial scheduled
                for 05/04/2006 at 9:30 am has been resulted
                as follows:

                Result: Trial In Progress
                Judge: SATTERFIELD, LEE F.    Location:
                Courtroom 213
                RASHEED YOUNG, RASHEE YOUNG {Defendant
                (Criminal)); ; Ms JENIFER WICKS (Attorney)
                on behalf of RASHEED YOUNG {Defendant
                (Criminal)); Judge LEE F. SATTERFIELD


5/3/2006        Form Generated:

                Prisoner Return-SCANNED
                Sent on: 05/03/2006 16:55:21
5/3/2006        Event Resulted
                The following event: Jury Trial scheduled
                for 05/03/2006 at 9:30 am has been resulted
                as follows:

                Result: Trial In Progress
                Judge: SATTERFIELD, LEE F.    Location:
                Courtroom 213
                RASHEED YOUNG, RASHEE YOUNG {Defendant
                (Criminal)); ; Ms JENIFER WICKS (Attorney)
                on behalf of RASHEED YOUNG {Defendant
                (Criminal)); Judge LEE F. SATTERFIELD
                REVIEWED BY PMJ ON 05-03-2006


5/2/2006        Event Resulted
                The following event: Jury Trial scheduled
                for 05/02/2006 at 9:30 am has been resulted
                as follows:  Court Reporter: Ms Kathy
                Jackson. Case cont'd May 3, 2006 at 9:30
                AM for jury to resumed deliberation.  Bond
                to remain.  OC filed.  Come-up Issued.
                mpd 5-2-06.

                Result: Trial In Progress
                Judge: SATTERFIELD, LEE F.    Location:
                Courtroom 213
                RASHEED YOUNG (Defendant {Criminal)); ; Ms
                JENIFER WICKS (Attorney) on behalf of
                RASHEED YOUNG (Defendant (Criminal)); Judge
                LEE F. SATTERFIELD


5/2/2006        Event Scheduled
                Event: Jury Trial
                Date: 05/03/2006    Time: 9:30 am
                Judge: SATTERFIELD, LEE F.    Location:
                Courtroom 213

                Result: Trial In Progress
5/2/2006        Form Generated:

                Prisoner Return
                Sent on: 05/02/2006 16:49:59
5/2/2006        Prisoner Transfer Request

                Prisoner Transfer Request
                Sent on: 05/02/2006 16:34:28
5/2/2006        Form Generated: Jury Note - 5-2-06 Time:
                2:10 pm

5/2/2006        Form Filed: Jury Note 10:12am


5/1/2006        Event Scheduled

The following event: Jury Trial scheduled
for 05/02/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 05/02/2006      Time: 9:30 am
Judge: SATTERFIELD, LEE F.      Location:
Courtroom 213
REVIEWED BY PMJ ON 05-01-2006

|            | Result: Trial In Progress |
|------------|---------------------------|
| 5/1/2006   | Prisoner Transfer Request |

|            | Prisoner Transfer Request |
|------------|---------------------------|
|            | Sent on:  05/01/2006  16:37:39 |
| 5/1/2006   | Form Generated: |

|            | Prisoner Return-SCANNED |
|------------|---------------------------|
|            | Sent on:  05/01/2006  16:36:09 |
| 5/1/2006   | Event Resulted |

The following event: Jury Trial scheduled
for 05/01/2006 at 9:30 am has been resulted
as follows:

|            | Result: Trial In Progress |
|------------|---------------------------|
|            | Judge: SATTERFIELD, LEE F.      Location: |
|            | Courtroom 213 |
| 4/28/2006  | Event Scheduled |

The following event: Jury Trial scheduled
for 04/28/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 05/01/2006      Time: 9:30 am
Judge: SATTERFIELD, LEE F.      Location:
Courtroom 213
REVIEWED BY   PMJ   ON 04-28-2006

|            | Result: Trial In Progress |
|------------|---------------------------|
| 4/28/2006  | Prisoner Transfer Request |

|            | Prisoner Transfer Request |
|------------|---------------------------|
|            | Sent on:  04/28/2006  15:44:23 |
| 4/28/2006  | Prisoner Transfer Request |

|            | Prisoner Transfer Request |
|------------|---------------------------|
|            | Sent on:  04/28/2006  15:44:02 |
| 4/28/2006  | Prisoner Transfer Request |

|            | Prisoner Transfer Request |
|------------|---------------------------|
|            | Sent on:  04/28/2006  15:43:43 |
| 4/28/2006  | Prisoner Transfer Request |

|            | Prisoner Transfer Request-SCANNED |
|------------|---------------------------|
|            | Sent on:  04/28/2006  15:43:22 |
|            | RASHEED YOUNG (Defendant (Criminal)); |
| 4/28/2006  | Form Generated: |

|            | Prisoner Return-SCANNED |
|------------|---------------------------|
|            | Sent on:  04/28/2006  15:36:50 |
| 4/28/2006  | Event Resulted |

The following event: Jury Trial scheduled
for 04/28/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress
Judge: SATTERFIELD, LEE F.      Location:
Courtroom 213
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms JENIFER WICKS (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD

The following event: Jury Trial scheduled
for 04/27/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 04/28/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REVIEWED BY PMJ ON 04-28-2006

4/27/2006          Result: Trial In Progress
                   Form Generated:

                   Prisoner Return
                   Sent on:  04/27/2006  16:29:03
4/27/2006          Prisoner Transfer Request

                   Prisoner Transfer Request
                   Sent on:  04/27/2006  16:27:30
4/27/2006          Prisoner Transfer Request

                   Prisoner Transfer Request
                   Sent on:  04/27/2006  15:30:40
4/27/2006          Form Generated:

                   Prisoner Return-SCANNED
                   Sent on:  04/27/2006  15:27:54
4/27/2006          Event Resulted
                   The following event: Jury Trial scheduled
                   for 04/27/2006 at 9:30 am has been resulted
                   as follows:

                   Result: Trial In Progress
                   Judge: SATTERFIELD, LEE F.    Location:
                   Courtroom 213
                   RASHEED YOUNG, RASHEE YOUNG (Defendant
                   (Criminal)); ; Ms JENIFER WICKS (Attorney)
                   on behalf of RASHEED YOUNG (Defendant
                   (Criminal)); Judge LEE F. SATTERFIELD


4/26/2006          Event Scheduled

                   The following event: Jury Trial scheduled
                   for 04/26/2006 at 9:30 am has been
                   rescheduled as follows:

                   Event: Jury Trial
                   Date: 04/27/2006    Time: 9:30 am
                   Judge: SATTERFIELD, LEE F.    Location:
                   Courtroom 213
                   REVIEWED BY  PMJ  ON 04-26-2006

                   Result: Trial In Progress
4/26/2006          Prisoner Transfer Request

                   Prisoner Transfer Request
                   Sent on:  04/26/2006  12:58:27
4/26/2006          Prisoner Transfer Request

                   Prisoner Transfer Request
                   Sent on:  04/26/2006  12:46:48
4/26/2006          Form Generated:

                   Prisoner Return
                   Sent on:  04/26/2006  12:43:57
4/26/2006          Form Generated:

                   Prisoner Return
                   Sent on:  04/26/2006  12:35:27
4/26/2006          Form Generated:

                   Prisoner Return

Prisoner Return-SCANNED
Sent on: 04/26/2006 12:08:57
4/26/2006   Event Resulted
The following event: Jury Trial scheduled
for 04/26/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress jury sworn.
Opening statements given. Govt. case began
but not completed.
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213.
4/25/2006   Event Scheduled

The following event: Jury Trial scheduled
for 04/25/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 04/26/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
REVIEWED BY PMJ ON 04-25-2006

Result: Trial In Progress
4/25/2006   Form Generated:

Prisoner Return
Sent on: 04/25/2006 09:16:20
4/25/2006   Event Resulted
The following event: Jury Trial scheduled
for 04/25/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213
4/24/2006   Prisoner Transfer Request

Prisoner Transfer Request
Sent on: 04/24/2006 11:07:11
4/24/2006   Event Scheduled

The following event: Jury Trial scheduled
for 04/24/2006 at 9:30 am has been
rescheduled as follows:

Event: Jury Trial
Date: 04/25/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213

Result: Trial In Progress
REVIEWED BY PMJ ON 04-25-2006
4/24/2006   Form Generated:

Prisoner Return
Sent on: 04/24/2006 11:03:20
4/24/2006   Event Resulted
The following event: Jury Trial scheduled
for 04/24/2006 at 9:30 am has been resulted
as follows:

Result: Trial In Progress
Judge: SATTERFIELD, LEE F.    Location:
Courtroom 213. JURY SELECTED BUT NOT SWORN
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); ; Ms JENIFER WICKS (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD

| | |
|---|---|
| 4/21/2006 | Defendant's Motion In Limine To Preclude Identificationl Filed: |
| | Attorney: WICKS, Ms JENIFER (465476) |
| 4/21/2006 | Motion To Exclude Other Crimes Evidence Filed: |
| | Attorney: WICKS, Ms JENIFER (465476) |
| 4/21/2006 | Event Scheduled |

The following event: Jury Trial scheduled for 04/21/2006 at 9:30 am has been rescheduled as follows:

Event: Jury Trial
Date: 04/24/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location: Courtroom 213
REVIEWED BY PMJ ON 04-21-2006

Result: Trial In Progress

| | |
|---|---|
| 4/21/2006 | Prisoner Transfer Request |

Prisoner Transfer Request
Sent on:  04/21/2006  10:53:40

| | |
|---|---|
| 4/21/2006 | Form Generated: |

Prisoner Return-SCANNED
Sent on:  04/21/2006  10:51:58

| | |
|---|---|
| 4/21/2006 | Event Resulted |

The following event: Jury Trial scheduled for 04/21/2006 at 9:30 am has been resulted as follows:

Result: Trial In Progress. JURY DELIBERATION CONTINUED
RASHEED YOUNG, RASHEE YOUNG (Defendant (Criminal)); ; Ms JENIFER WICKS (Attorney) on behalf of RASHEED YOUNG (Defendant (Criminal)); Judge LEE F. SATTERFIELD

| | |
|---|---|
| 4/18/2006 | Event Scheduled |

The following event: Jury Trial scheduled for 04/18/2006 at 9:30 am has been rescheduled as follows:

Event: Jury Trial
Date: 04/21/2006    Time: 9:30 am
Judge: SATTERFIELD, LEE F.    Location: Courtroom 213
REVIEWED BY  PMJ  ON 04-19-2006

Result: Trial In Progress

| | |
|---|---|
| 4/18/2006 | Form Generated: |

Prisoner Return-SCANNED
Sent on:  04/18/2006  11:57:07

| | |
|---|---|
| 4/18/2006 | Event Resulted |

The following event: Jury Trial scheduled for 04/18/2006 at 9:30 am has been resulted as follows:

Result: Trial In Progress.  Motion Hearing held. jury selection on return date.
RASHEED YOUNG, RASHEE YOUNG (Defendant (Criminal)); ; Ms JENIFER WICKS (Attorney) on behalf of RASHEED YOUNG (Defendant (Criminal)); Judge LEE F. SATTERFIELD

| | |
|---|---|
| 4/11/2006 | Event Scheduled |
| | Event: Jury Trial |
| | Date: 04/18/2006    Time: 9:30 am |

|            | |
|------------|---|
| 4/11/2006  | Result: Trial In Progress<br>Form Generated: |
| 4/11/2006  | Prisoner Return- SCANNED<br>Sent on: 04/11/2006 10:47:26<br>Event Resulted<br>The following event: Trial scheduled for<br>04/17/2006 at 9:30 am has been resulted as<br>follows: |
| 4/11/2006  | Result: Vacated<br>Event Resulted<br>The following event: Status Hearing<br>scheduled for 04/11/2006 at 10:30 am has<br>been resulted as follows:<br><br>Result: Held<br>RASHEED YOUNG, RASHEE YOUNG (Defendant<br>(Criminal)); ; Ms JENIFER WICKS (Attorney)<br>on behalf of RASHEED YOUNG (Defendant<br>(Criminal)); Judge LEE F. SATTERFIELD |
| 4/10/2006  | Event Scheduled<br>Event: Status Hearing<br>Date: 04/11/2006    Time: 10:30 am<br>Judge: SATTERFIELD, LEE F.    Location:<br>Courtroom 213<br><br>Result: Held |
| 4/7/2006   | Sealed Docket:<br>Attorney: CARROLL, Ms ANN M (435019)<br>Charge #1: 2ND DEG MURDER W/ARMED |
| 4/5/2006   | Motion Granted: Motion to Continue Trial<br>Date DENIED. |
| 4/3/2006   | Supplement ToMotion for Continue Trial Date<br>Filed:<br>Attorney: WICKS, Ms JENIFER (465476) |
| 3/31/2006  | Government's Motion For Continuance Filed<br>Attorney: WAINSTEIN, Mr KENNETH L (451058) |
| 3/17/2006  | Event Resulted<br>The following event: Jury Trial scheduled<br>for 02/28/2006 at 9:30 am has been resulted<br>as follows:<br><br>Result: Vacated |
| 1/27/2006  | Case Transferred To:<br>The judge was changed from RICHTER, ROBERT<br>I to SATTERFIELD, LEE F.<br>CASE DID NOT CHANGE OVER TO THE JUDGE<br>PRESENTLY SITTING ON THIS CALENDAR BECAUSE<br>OF A MISTRIAL ENTERED BACK ON 03-25-2005<br>BEFORE JUDGE RICHTER. |
| 1/27/2006  | Form Generated:<br><br>Prisoner Return<br>Sent on: 01/27/2006 09:53:47 |
| 1/27/2006  | Event Scheduled:<br>Event: Trial<br>Date: 04/17/2006    Time: 9:30 am<br>Judge: SATTERFIELD, LEE F.    Location:<br>Courtroom 213<br>REVIEWED BY PMJ ON 01-28-2006<br><br>Result: Vacated |
| 1/27/2006  | Event Resulted<br>The following event: Status Hearing<br>scheduled for 01/27/2006 at 9:30 am has<br>been resulted as follows: |

DEFENSE MOTION TO CONTINUE
TRIAL DATE GRANTED BY THE COURT NO
OBJECTION FROM THE GOVT.
RASHEED YOUNG, RASHEE YOUNG (Defendant
(Criminal)); Ms JENIFER WICKS (Attorney)
on behalf of RASHEED YOUNG (Defendant
(Criminal)); Judge LEE F. SATTERFIELD on
behalf of Judge ROBERT I RICHTER

| | |
|---|---|
| 1/26/2006 | Event Scheduled<br>Event: Status Hearing<br>Date: 01/27/2006   Time: 9:30 am<br>Judge: SATTERFIELD, LEE F.   Location:<br>Courtroom 213<br><br>Result: Held |
| 12/29/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: MOTION TO CONTINUE TRIAL DATE<br>OPPOSITION FILED: 00-00-0000    HEARING<br>DATE: 00-00-0000    DISP:<br>  DISP DATE: 00-00-0000 |
| 9/27/2005 | JUDGE: RICHTER          , ROBERT<br>DEFENSE ATTY: WICKS              ,<br>JENIFER<br>CONTINUED:    2    3    4<br><br>                CONT. DATE: 02-28-2006  FOR:<br>JURYTRIAL<br>BOND STATUS: D.C. CODE 23-1325(A)<br>    99999999     BOND CASH PCT:<br>BOND ACTION CODE: |
| 9/26/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: MOTION FOR CONTINUANCE OF TRIAL<br>OPPOSITION FILED: 09-26-2005    HEARING<br>DATE: 00-00-0000    DISP:<br>  DISP DATE: 00-00-0000 |
| 9/22/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: SUPPLEMENT TO MOTION TO SUPPRESS<br>EVIDENCE<br>OPPOSITION FILED: 00-00-0000    HEARING<br>DATE: 00-00-0000    DISP:<br>  DISP DATE: 00-00-0000 |
| 9/8/2005 | JUDGE: RICHTER          , ROBERT<br>DEFENSE ATTY: WICKS              ,<br>JENIFER<br>CONTINUED:    2    3    4<br><br>                CONT. DATE: 09-28-2005  FOR:<br>JURYTRIAL<br>BOND STATUS: D.C. CODE 23-1325(A)<br>    99999999     BOND CASH PCT:<br>BOND ACTION CODE: |
| 7/27/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: MOTION TO DISMISS<br>OPPOSITION FILED: 08-02-2005    HEARING<br>DATE: 00-00-0000    DISP:<br>  DISP DATE: 00-00-0000 |
| 4/6/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: EXPARTE MOTION (RECEIVED IN CHAMBERS)<br>OPPOSITION FILED: 00-00-0000    HEARING<br>DATE: 00-00-0000    DISP:<br>  DISP DATE: 00-00-0000 |
| 4/6/2005 | MOTION FILED BY: DEFENSE          TYPE:<br>PRE-TRIAL<br>DESC: MOTION FOR A GROOMING AND CLOTHING<br>ORDER<br>OPPOSITION FILED: 00-00-0000    HEARING<br>DATE: 00-00-0000    DISP: GRANTED |

JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS
JENIFER                          ,
CONTINUED:    2    3    4

                    CONT. DATE: 09-26-2005  FOR:
JURYTRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/25/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 04-01-2005  FOR:
STATUS HEARING
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/24/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 03-25-2005  FOR:
IN TRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/23/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 03-24-2005  FOR:
IN TRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/22/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 03-23-2005  FOR:
IN TRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/21/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 03-22-2005  FOR:
IN TRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/18/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

                    CONT. DATE: 03-21-2005  FOR:
IN TRIAL
BOND STATUS: D.C. CODE 23-1325(A)
    99999999    BOND CASH PCT:
BOND ACTION CODE:
3/17/2005    JUDGE: RICHTER            , ROBERT
DEFENSE ATTY: WICKS                    ,
JENIFER
CONTINUED:    2    3    4

```
                    CONT. DATE: 03-18-2005  FOR:
            BOND STATUS: D.C. CODE 23-1325(A)
                99999999     BOND CASH PCT:
            BOND ACTION CODE:
3/16/2005   JUDGE: RICHTER          , ROBERT
            DEFENSE ATTY: WICKS                  ,
            JENIFER
            CONTINUED:   2   3   4


                    CONT. DATE: 03-17-2005  FOR:
            IN TRIAL
            BOND STATUS: D.C. CODE 23-1325(A)
                99999999     BOND CASH PCT:
            BOND ACTION CODE:
3/15/2005   JUDGE: RICHTER          , ROBERT
            DEFENSE ATTY: WICKS                  ,
            JENIFER
            CONTINUED:   2   3   4


                    CONT. DATE: 03-16-2005  FOR:
            IN TRIAL
            BOND STATUS: D.C. CODE 23-1325(A)
                99999999     BOND CASH PCT:
            BOND ACTION CODE:
3/14/2005   JUDGE: RICHTER          , ROBERT
            DEFENSE ATTY: WICKS                  ,
            JENIFER
            CONTINUED:   2   3   4


                    CONT. DATE: 03-15-2005  FOR:
            IN TRIAL
            BOND STATUS: D.C. CODE 23-1325(A)
                99999999     BOND CASH PCT:
            BOND ACTION CODE:
3/10/2005   MOTION FILED BY: DEFENSE          TYPE:
            OTHER
            DESC: DEFT'S NOTICE OF NEED TO CONTINUE DUE
            TO LATE DISCOLOSURE OF          BRADY
            MATERIAL.
            OPPOSITION FILED: 00-00-0000    HEARING
            DATE: 00-00-0000    DISP:
              DISP DATE: 00-00-0000
2/24/2005   MOTION FILED BY: DEFENSE          TYPE:
            OTHER
            DESC: MOTION FOR A GROOMING AND CLOTHING
            ORDER.
            OPPOSITION FILED: 00-00-0000    HEARING
            DATE: 00-00-0000    DISP: GRANTED
              DISP DATE: 02-28-2005
1/19/2005   JUDGE: RETCHIN          , JUDITH
            DEFENSE ATTY: WICKS                  ,
            JENIFER
            CONTINUED:   2   3   4


                    CONT. DATE: 03-14-2005  FOR:
            JURYTRIAL
            BOND STATUS: D.C. CODE 23-1325(A)
                99999999     BOND CASH PCT:
            BOND ACTION CODE:
            COMMENT: DEFNS/GOVT. INAVAILABILITY TRIAL
            DATES.
1/14/2005   MOTION FILED BY: GOVERNMENT       TYPE:
            OTHER
            DESC: GOVERNMENT'S MOTION IN LIMINE TO
            EXCLUDE EVIDENCE THAT A THIRD          PARTY
            COMMITTED THE CHARGED CRIME.
            OPPOSITION FILED: 00-00-0000    HEARING
            DATE: 00-00-0000    DISP:
              DISP DATE: 00-00-0000
1/14/2005   MOTION FILED BY: DEFENSE          TYPE:
            PRE-TRIAL
            DESC: MOTION TO CONTINUE.
            OPPOSITION FILED: 00-00-0000    HEARING
            DATE: 00-00-0000    DISP:
              DISP DATE: 00-00-0000
```

```
12/23/2004        MOTION FILED BY: GOVERNMENT          TYPE:
                  PRE-TRIAL
                  DESC: MOTION FOR LEAVE TO LATE FILE
                  OPPOSITION TO DEFENPDANT'S MOTION TO
                  SUPPRESS IDENTFICATION ,STATEMENTS AND
                  OTHER CRIMES EVIDENCE
                  OPPOSITION FILED: 12-30-2004    HEARING
                  DATE: 00-00-0000   DISP: GRANTED
                    DISP DATE: 01-14-2005
12/23/2004        MOTION FILED BY: GOVERNMENT          TYPE:
                  PRE-TRIAL
                  DESC: MOTION FOR LEAVE TO LATE FILE
                  OPPOSITION TO DEFENPDANT'S MOTION TO
                  SUPPRESS IDENTFICATION ,STATEMENTSAND OTHER
                  CRIME EVIDENCE
                  OPPOSITION FILED: 01-04-2005    HEARING
                  DATE: 00-00-0000   DISP:
                    DISP DATE: 00-00-0000
11/22/2004        MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: MTN TO MODIFY AND REDUCE SENTENCE.
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000   DISP:
                    DISP DATE: 00-00-0000
11/3/2004         MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: MTN IN LIMINE TO PRECLUDE
                  INTRODUCTION OF DRUG
                  ENFORCEMENT CHEMIST REPORT ABSENT
                  TESTIMONIAL FOUNDATION.
                  OPPOSITION FILED: 01-04-2005    HEARING
                  DATE: 00-00-0000   DISP: HELD IN ABEYANCE
                    DISP DATE: 11-12-2004
10/20/2004        MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: EMERGENCY MOTION FOR U.S. MARSHAL
                  SERVICE TO TAKE DEFENDANT           TO
                  PRIVATE VIEWING
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000   DISP: DENIED
                    DISP DATE: 10-21-2004
10/15/2004        MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: MOTION TO SUPPRESS EVIDENCE.
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000   DISP:
                    DISP DATE: 00-00-0000
10/15/2004        MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: MOTION TO EXCLUDE OTHER CRIMES
                  EVIDENCE.
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000   DISP:
                    DISP DATE: 00-00-0000
9/22/2004         MOTION FILED BY: DEFENSE             TYPE:
                  PRE-TRIAL
                  DESC: GOVT'S NOTICE OF INTENT TO INTRODUCE
                  OTHER                        CRIMES
                  EVIDENCE.
                  OPPOSITION FILED: 00-00-0000    HEARING
                  DATE: 00-00-0000   DISP: HELD IN ABEYANCE
                    DISP DATE: 09-29-2004
9/10/2004         JUDGE: KEARY          , ANN
                  DEFENSE ATTY: WICKS              ,
                  JENIFER
                  CONTINUED:   2   3   4

                          CONT. DATE: 01-24-2005  FOR:
                  JURYTRIAL
                  BOND STATUS: D.C. CODE 23-1325(A)
                     99999999    BOND CASH PCT:
                  BOND ACTION CODE:
9/9/2004          JUDGE: KEARY          , ANN
                  DEFENSE ATTY: WICKS              ,
                  JENIFER
                  CONTINUED:   2   3   4
```

```
                         STATUS HEARING
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
8/18/2004                MOTION FILED BY: DEFENSE            TYPE:
                         PRE-TRIAL
                         DESC: MOTION TO CONTINUE TRIAL DATE
                         OPPOSITION FILED: 00-00-0000    HEARING
                         DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
6/4/2004                 JUDGE: KEARY           , ANN
                         DEFENSE ATTY: WICKS             ,
                         JENIFER
                         CONTINUED:    2    3    4

                                   CONT. DATE: 11-02-2004  FOR:
                         JURYTRIAL
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
6/4/2004                 JUDGE: KEARY           , ANN
                         DEFENSE ATTY: WICKS             ,
                         JENIFER
                         CONTINUED:    2    3    4

                                   CONT. DATE: 08-06-2004  FOR:
                         STATUS HEARING
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
6/2/2004                 JUDGE: KEARY           , ANN
                         DEFENSE ATTY: WICKS             ,
                         JENIFER
                         CONTINUED:    2    3    4

                                   CONT. DATE: 06-04-2004  FOR:
                         ARRAIGNMENT
                         GRAND JURY:   1
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
5/21/2004                JUDGE: KEARY           , ANN
                         DEFENSE ATTY: WICKS             ,
                         JENIFER
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
4/23/2004                JUDGE: KEARY           , ANN
                         DEFENSE ATTY: WICKS             ,
                         JENIFER
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
4/5/2004                 JUDGE: KEARY           , ANN
                         DEFENSE ATTY: HOLLIDAY          ,
                         RICHARD E
                         BOND STATUS: D.C. CODE 23-1325(A)
                             99999999    BOND CASH PCT:
                         BOND ACTION CODE:
3/23/2004                MOTION FILED BY: DEFENSE            TYPE:
                         PRE-TRIAL
                         DESC: MOTION TO CONTINUE STATUS HEARING.
                         OPPOSITION FILED: 00-00-0000    HEARING
                         DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
3/23/2004                MOTION FILED BY: DEFENSE            TYPE:
                         PRE-TRIAL
                         DESC: MOTION TO CONTINEU STATUS HEARING.
                         OPPOSITION FILED: 00-00-0000    HEARING
                         DATE: 00-00-0000    DISP:
                          DISP DATE: 00-00-0000
3/2/2004                 JUDGE: KEARY           , ANN
                         DEFENSE ATTY: HOLLIDAY          ,
                         RICHARD E
```

```
                        BOND STATUS: D.C. CODE 23-1325(A)
                        BOND ACTION CODE:
  2/6/2004              JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  2/4/2004              JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  1/23/2004             JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  1/12/2004             JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  1/8/2004              JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  1/6/2004              JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        DISPOSED:   1
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  12/1/2003             JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        DISPOSED:   1
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
  11/17/2003            JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        BOND STATUS: D.C. CODE 23-1325(A)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
                        COMMENT: BOND STATUS CODE CHANGED
  11/14/2003            JUDGE: KEARY              , ANN
                        DEFENSE ATTY: HOLLIDAY              ,
                        RICHARD E
                        CONTINUED:   1

                           CONT. DATE: 12-01-2003  FOR:
                        PRELIMINARY HEARING
                        BOND STATUS: D.C. CODE 23-1322(B)
                           99999999    BOND CASH PCT:
                        BOND ACTION CODE:
```

2003 FEL 007076          United States  Vs.  YOUNG, RASHEED

Party
Attributes
 Full Name    YOUNG, RASHEED                          Party      Defendant (Criminal)
                                                       Type

Charge
 Charge   Phase              Charge Description              Party Charge
  #                                                          Disposition

| 1 | Court | Murder II While Armed | Grand Jury Indictment Filed |
| 2 | Court | Murder I While Armed | Jury Trial Not Guilty |
| 3 | Court | Poss Firearm During Crime of Violence | Jury Trial Not Guilty |
| 4 | Court | Carry Pistol W/O Lic -Outside Home/Business | Jury Trial Not Guilty |