**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RASHEED YOUNG** : | |
| : | 06-CV-1953 (RWR) |
| **V.** : | |
| : | |
| **DEVON BROWN ET AL** : | |
| **RESPONDENTS** : | |

**MOTION FOR AN ORDER OF SHOW CAUSE**

Mr. Rasheed Young, by and through undersigned counsel, respectfully petitions this Honorable Court for an order to show cause the writ of habeas corpus should not be issued within three days. In support of this motion, petitioner states as follows:

1. Petitioner filed a petition for a writ of habeas corpus because he is being held in violation of the law.

2. "A court, justice or judge entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted…[t]he writ, or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C.S. 2243.

WHEREFORE, Petitioner respectfully requests that this Court issue the attached order directing the respondent to show cause why the writ should not be granted within three days.

          Respectfully Submitted

          /s/

          _____

          JENIFER WICKS
          DC Bar # 465476

          The Law Offices of Jenifer Wicks
          The Webster Building
          503 D Street NW Suite 250A
          Washington, DC 20001
          (202) 326-7100
          Facsimile (202) 478-0867

CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of November, 2006, copies of the foregoing pleading and the petition filed in this case, has been sent by first class mail, postage prepaid, and by facsimile to:

Counsel for the Respondent Warden Smith and Director Devon Brown
Carol Paskin Epstein
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Facsimile 727-3745

Counsel for the Respondent US Parole Commission
Michael Stover, General Counsel
U.S. Parole Commission
5550 Friendship Blvd
Chevy Chase, MD 20815
Facsimile 301-492-5563

Robert Okun
Special Proceedings, USAO
555 Fourth Street NW
Washington, DC 20530
Facsimile 202-514-8784


                                                _____/s/_____
                                                JENIFER WICKS

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **RASHEED YOUNG** : | |
| : | 06-CV-1953 (RWR) |
| **V.** : | |
| : | |
| **DEVON BROWN ET AL** : | |
| **RESPONDENTS** : | |
| : | |

**ORDER TO SHOW CAUSE**

**DIRECTED TO RESPONDENTS:**

Devon Brown
Director, DC Department of Corrections
1923 Vermont Avenue, NW
Washington, DC 20001

William Smith
Warden, Central Detention Facility
DC Department of Corrections
1901 D Street SE
Washington, DC 20003

Edward Reilly, Chairman
U.S. Parole Commission
5550 Friendship Blvd
Chevy Chase, MD 20815

    Upon consideration of Rasheed Young's Petition for a Writ of Habeas Corpus and for good cause shown, it is this _____ day of November, 2006 hereby

    ORDERED that RESPONDENTS shall show cause in writing, with copies faxed and hand delivered to all counsel and Chambers, on or before November 16, 2006 and at a hearing on November 17, 2006 at 2:00 pm, why a writ of habeas corpus should not issue. Any reply brief on behalf of petitioner shall be filed electronically and to Chambers by November 20, 2006 9 am ; and it is

FURTHER ORDERED that the respondents shall appear with the Petitioner in court on November 17, 2006 at 2 pm for a hearing on why this writ of habeas corpus should not issue.

SO ORDERED.

_____

U.S. District Court Judge