**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RASHEED YOUNG** : | |
| : | 06-CV-1953 (RWR) |
| **V.** : | |
| : | |
| **DEVON BROWN ET AL** : | |
| **RESPONDENTS** : | |

**MOTION TO DISMISS**

Mr. Rasheed Young, by and through undersigned counsel, respectfully petitions this Honorable Court to dismiss this matter. In support of this motion, petitioner states as follows:

1. Petitioner filed a petition for a writ of habeas corpus because he was being held in violation of the law.

2. Petitioner was released from custody on November 17, 2006 from DC Jail in this matter, therefore mooting the issue. See Attached Notice of Action dated November 15, 2006.

WHEREFORE, counsel and Petitioner request that this motion be granted.

Respectfully Submitted

/s/

JENIFER WICKS
DC Bar # 465476

The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867

CERTIFICATE OF SERVICE

     I hereby certify that on this 17th day of November, 2006, copies of the foregoing pleading has been sent by first class mail, postage prepaid, and by facsimile to:

Counsel for the Respondent Warden Smith and Director Devon Brown
Carol Paskin Epstein
Office of Corporation Counsel
441 4th Street, NW, 6th Floor South
Washington, DC 20001
Facsimile 727-3745

Counsel for the Respondent US Parole Commission
Michael Stover, General Counsel
U.S. Parole Commission
5550 Friendship Blvd
Chevy Chase, MD 20815
Facsimile 301-492-5563

Robert Okun
Special Proceedings, USAO
555 Fourth Street NW
Washington, DC 20530
Facsimile 202-514-8784

                                    _____/s/_____
                                    JENIFER WICKS

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

**Notice of Action**

Name: YOUNG, Rasheed  
Register Number: 31252-007  
DCDC No: 270-104

Institution: D.C. Jail

Date:   November 15, 2006

In the case of the above-named, the following action was ordered:

Release forthwith from custody of the Warrant dated February 6, 2004 and close case.

**REASONS:**

The Commission has determined that all of the time you served in custody on an acquitted criminal charge will be credited toward any current or future term of imprisonment imposed for violation of supervised release. Because the time spent in custody on this acquitted charge exceeds the length of time that would have been served had the maximum sentence been imposed, the Commission will close its interest in the supervised release term imposed in Case #F5918-01.

THE ABOVE DECISION IS NOT APPEALABLE.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc:    U.S. Marshals Service  
District of Columbia - District Court  
333 Constitution Ave, N.W., Room 1400  
Washington, D.C. 20001  
Warrants - Attn: David Baldwin

U.S. Probation Office  
General Supervision Unit XII-Team 41  
CSOSA  
25 K Street, N.E.  
Washington, D.C. 20002

Jennifer Wicks  
Attorney at Law  
503 D Street, N.W., Suite 250A  
Washington, DC 20001

Young 31252-007 -1- Clerk:   ADC

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RASHEED YOUNG** : | |
| : | **06-CV-1953 (RWR)** |
| **V.** : | |
| : | |
| **DEVON BROWN ET AL** : | |
| **RESPONDENTS** : | |

**ORDER**

Upon consideration of Rasheed Young's Motion to Dismiss and for good cause shown, it is this _____ day of November, 2006 hereby

ORDERED that this matter is hereby DISMISSED.

SO ORDERED.

_____

U.S. District Court Judge